Certificate Number: 05781-TXS-DE-041646338

Bankruptcy Case Number: 26-36277

05781-TXS-DE-041646338

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2026, at 8:41 o'clock PM PST, Simone Johnson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: November 5, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President